PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON, HI 5891
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (510) 970-4827
   Email: sharon.lahey@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| KRISTY LYNN PRYOR,<br><br>       Plaintiff,<br><br>  vs.<br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>       Defendant. | Case No.: 2:22-cv-00610-CKD<br><br>STIPULATION FOR AN EXTENSION OF TIME; ORDER |

Stip. for Ext.; 2:22-cv-00610-CKD                  1

With the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file the Certified Administrative Record be extended thirty (30) days from July 6, 2022, up to and including August 5, 2022. This is the parties' first request for an extension. Defendant respectfully requests that the Court find good cause because the record is not yet prepared and available for filing.

                                              Respectfully submitted,

                                              LAW OFFICES OF JOHN V. JOHNSON

Dated:  June 30, 2022               /s/  *John v. Johnson\**
                                              JOHN V. JOHNSON
                                              Attorney for Plaintiff
                                              (\*signature authorized via e-mail June 30, 2022)

Dated: June 30, 2022               PHILLIP A. TALBERT
                                              United States Attorney
                                              PETER K. THOMPSON
                                              Acting Regional Chief Counsel, Region IX
                                              Social Security Administration

                                    By:    /s/  *Sharon Lahey*
                                              SHARON LAHEY
                                              Special Assistant U.S. Attorney

                                              Attorneys for Defendant

## **ORDER**

Pursuant to the parties' Stipulation, and for good cause shown, IT IS SO ORDERED that Defendant shall have an extension of 30 days, to August 5, 2022, to file the Certified Administrative Record.

Dated:  June 30, 2022

                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28