PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON, HI 5891
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, California  94105
   Telephone: (510) 970-4827
   Email: sharon.lahey@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| KRISTY LYNN PRYOR,<br><br>      Plaintiff,<br><br>  vs.<br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>      Defendant. | Case No.: 2:22-cv-00610-CKD<br><br>**STIPULATION FOR AN EXTENSION OF TIME; ORDER** |

1  With the Court's approval, IT IS HEREBY STIPULATED, by and between the parties,
2  through their respective counsel of record, that the time for Defendant to respond to the
3  complaint filed in the above-captioned matter be extended thirty (30) days from August 5, 2022,
4  up to and including September 5, 2022.  This is the parties' second request for an extension.
5  Defendant respectfully requests that the Court find good cause because the agency has
6  determined that it is not able to prepare a Certified Administrative Record because the
7  Commissioner has not issued a final decision.  Because the above-captioned matter is a
8  mandamus action, Defendant requires additional time to investigate the facts alleged in the
9  complaint.

Respectfully submitted,

LAW OFFICES OF JOHN V. JOHNSON

Dated: July 26, 2022  /s/  *John v. Johnson**
JOHN V. JOHNSON
Attorney for Plaintiff
(*signature authorized via e-mail July 26, 2022)

Dated: July 26, 2022  PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/  *Sharon Lahey*
SHARON LAHEY
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' Stipulation, and for good cause shown, IT IS SO ORDERED that Defendant shall have an extension of 30 days, to **September 6, 2022,** to respond to the complaint.

Dated: July 28, 2022

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE