PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON, HI 5890
Acting Regional Chief Counsel
ELIZABETH LANDGRAF
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4828
    Facsimile: (415) 744-0134
    Elizabeth.Landgraf@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KRISTY LYNN PRYOR,<br><br> Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | No.  2:22-cv-00610-CKD<br><br>**STIPULATION FOR AN EXTENSION OF TIME; ORDER** |

    With the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to the complaint filed in the above-captioned matter be extended by fourteen (14) days from September 5, 2022, up to and including September 19, 2022. This is the parties' third request for an extension.

    Defendant respectfully requests that the Court find good cause because the undersigned attorney was recently reassigned to this case and requires more time to investigate the facts

alleged in the complaint and respond to this mandamus action. The undersigned attorney is currently exploring the claims raised to determine whether any can be resolved at this stage. In addition, prior to being reassigned to this case, the undersigned attorney had scheduled to be out of the office at the time of the current deadline. Furthermore, the undersigned attorney has six district court briefs due during the next three weeks, in addition to the current deadline to respond to Plaintiff's complaint in this case. Defendant apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

DATE: August 31, 2022         */s/ John V. Johnson\**
JOHN V. JOHNSON
Attorney for Plaintiff
(*as approved via email)

PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

DATE: August 31, 2022      By   */s/ Elizabeth Landgraf*
ELIZABETH LANDGRAF
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' Stipulation, and for good cause shown, IT IS SO ORDERED that Defendant shall have an extension of 14 days, to September 19, 2022, to respond to the complaint.

Dated: September 2, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE